165 So.2d 487

### Dr. Walter S. HARMON

v.

### LUMBERMENS MUTUAL CASUALTY COMPANY.

**No. 47358.**

July 1, 1964.

In re: Lumbermens Mutual Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 164 So.2d 397.

Writ granted, but limited to a considera-tion of the question of penalties and attor-ney's fees.

165 So.2d 487

### Eugene D. BROUSSARD et al.

v.

### Robert J. WALKER et al.

**No. 47360.**

July 1, 1964.

In re: Eugene D. Broussard et al. ap-plying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of Terrebonne. 164 So.2d 95.

Writ denied. On the facts found by the Court of Appeal the result is correct.